AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

United States of America
v.

Thomas Johnson

*Defendant(s)*

Case No. 1:21-mj-00812

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 5, 2021 in the county of Marion in the Southern District of Indiana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. §§ 751(a) and 4082 | Escape |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Cody Medlock
*Complainant's signature*

Cody Medlock, Deputy/USMS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone *(reliable electronic means)*

Date: September 3, 2021

City and state: Indianapolis, Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Cody Medlock, being duly sworn, does depose and state:

## Affiant Background and Purpose of Affidavit

1. I am a Deputy United States Marshal (DUSM) with the United States Marshals Service, assigned to the Southern District of Indiana- Indianapolis Division. I have been employed by the United States Marshals Service since March, 2017. Prior Law enforcement experience includes serving as a Special Agent with the Naval Criminal Investigative Service and as a Deputy Sheriff with the Lawrence County Sheriff's Office (Indiana).

2. Some of my daily responsibilities are as follows: protecting the federal judiciary; apprehending federal fugitives; investigating violations of the Adam Walsh Act; service of criminal and civil process; managing and selling seized assets acquired by defendants through illegal activities; and housing and transporting federal prisoners.

3. As a DUSM, my duties can and do include investigation of escaped prisoners from the custody of the Attorney General.

4. The information set forth in this Affidavit is based upon my participation in this investigation, review of law enforcement reports, discussions with other law enforcement officers involved in the investigation, and my experience and training. This Affidavit does not set forth every fact your Affiant has learned during this investigation, but rather is provided solely for establishing probable cause in support of the application for a Complaint in this matter. The information contained in the following paragraphs is either personally known to your Affiant or was told to your Affiant by other law enforcement officers.

5. I believe are necessary to establish probable cause that violations of Title 18, United States Code 751(a) and 4082, have occurred. Thomas JOHNSON, Reg# 15723-028, further identified as a black male, born XX/XX/1990, SSN: XXX-XX-7865, FBI# 120915AD6, was sentenced by United States District Court Judge Richard L. Young (Case No: 1:17-CR-00073) to the custody of the Bureau of Prisons on 03/15/2018, to a sixty-three (63) month term of confinement, followed by a three (3) year term of supervised release.

6. On May 5, 2021, JOHNSON was transferred to the Volunteers of America, a designated Residential Reentry Center located at 611 N. Capitol Avenue, Indianapolis, IN and scheduled to be released on 10/16/2021.

7. On 07/29/2021, the United States Marshals Service received notice from the Bureau of Prisons, Residential Reentry Management Office (Cincinnati, OH), that Thomas JOHNSON had been placed on escape status after failing to return to Volunteers of America following a hospital visit.

8. Delaney Bruce, Federal Case Manager for Volunteers of America, reported JOHNSON went to Eskenazi Hospital on 07/29/2021 following complaint of chest pain. Staff received multiple tamper alerts from JOHNSON's electronic monitoring device and discovered upon investigation that JOHNSON was no longer at the hospital.

9. JOHNSON has not returned to the Volunteers of America Residential Re-entry Center as required.

10. I, Cody Medlock, the affiant, respectfully submit that the preceding facts in this affidavit establish probable cause to believe that Thomas JOHNSON did, in the Southern District of Indiana, willfully fail to remain within the extended limits of his confinement and failed to return to a facility designated by the Attorney General, and thereby did escape from the custody of the attorney general in violation of Title 18, USC Section 751(a) and 4082.

FURTHER YOUR AFFIANT SAITH NOT

/s/ Cody Medlock
Cody Medlock
Deputy United States Marshal
United States Marshals Service

Attested to by the applicant in accordance with the Requirements of Fed. R. Crim. P. 4.1 by telephone.

DATE: September 3, 2021

UNITED STATES DISTRICT COURT
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana
SOUTHERN DISTRICT OF INDIANA